# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2685 Disciplinary Docket No. 3 |
| | : | |
| SAMIR GEORGE HADEED | : | Board File No. C4-19-988 |
| | : | |
| | : | (Supreme Court of Ohio, Case No. 2019- |
| | : | 0823) |
| | : | |
| | : | Attorney Registration No. 318121 |
| | : | |
| | : | (Allegheny County) |

## ORDER

**PER CURIAM**

    **AND NOW**, this 16th day of January, 2020, upon review of the responses to this Court's Notice and Order dated December 30, 2019, the request for retroactivity is denied, and Samir George Hadeed is immediately suspended from the Bar of this Commonwealth for a period of six months. He shall comply with all the provisions of Pa.R.D.E. 217.